IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WAYNE LOBBAN,

        Petitioner,

v.                                 4:03cv325-WS

GOVERNOR JEB BUSH, et al.,

        Respondents.

_____

## ORDER REOPENING THE TIME TO FILE AN APPEAL

Before the court is the magistrate judge's report and recommendation (doc. 45) docketed November 1, 2005. The magistrate judge recommends that the petitioner's Motion for Court Order Allowing Appeal, construed as a motion to reopen the time for appeal, be granted. No objections to the report and recommendation have been filed.

The court having reviewed the record, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 45) is ADOPTED and incorporated into this order by reference.

2. The petitioner's Motion for Court Order Allowing Appeal (doc. 44), construed as a motion to reopen the time for appeal pursuant to Fed. R. App. P. 4(a)(6), is GRANTED.

3.  The time for filing an appeal to the Eleventh Circuit Court of Appeals shall be reopened for a period of 14 days after entry of this order.  A motion for rehearing directed to this court will not toll the time for filing an appeal.

4.  The clerk shall forward a copy of document #44 to the respondent with this recommendation.

DONE AND ORDERED this December 8, 2005.


   /s William Stafford                 
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE